144 VAN WINCKLER v. MORRIS, Appellant (NO. 1).

Opinion of the. Court.      [46 Pa. Superior Ct.

--------

## Van Winckler v. Morris, Appellant (No. 2).

OPINION BY ORLADY, J., March 3, 1911:

This case was tried before the same jury as Linda Van Winckler a minor child, against the same defendant.

The jury returned a verdict in her favor for $1,500 and in favor of this plaintiff for $500. Separate appeals were taken by the defendant.

For reasons stated in the daughter's case the judgment in this one is affirmed.